UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO MARTINEZ HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>COLLINS ASSET GROUP, LLC, a Texas limited liability company, and DOES 1 through 10, inclusive,<br><br>           Defendant. | Case No. 2:17-cv-07958-SVW-SS<br><br>ORDER<br><br><br><br>JS-6 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 14th day of February, 2018.

_____
The Honorable Stephen V. Wilson